352 U.S. 995
 77 S.Ct. 554
 1 L.Ed.2d 540
 CENTRAL OF GEORGIA RAILWAY COMPANY, petitioner,
v.
BROTHERHOOD OF RAILROAD TRAINMEN, LOCAL LODGE NO. 721, et al.
 No. 84.
 Supreme Court of the United States
 February 25, 1957
 
 Mr. John B. Miller, for petitioner.
 Messrs. Benning M. Grice and Wayland K. Sullivan, for respondents.
 On writ of certiorari to the United States Court of Appeals for the Fifth Circuit.
 PER CURIAM.
 
 
 1
 Upon the suggestion of mootness the writ is dismissed on the ground that the cause is moot.